IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HILLIARD NELSON                                                                                    PETITIONER
ADC #95169

V.                                    NO. 5:13cv00029-JMM-JTR

RAY HOBBS, Director,                                                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 25th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE